IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ROBERT DEUTSCHER,<br>BOP Reg. No. 72462019,<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>2:19-CR-0002-SCJ-JCF-02<br><br>CIVIL ACTION NO.<br>2:22-CV-0008-SCJ-JCF |

**ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. 203], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Robert Deutscher's Motion to Vacate, Set Aside or Correct Sentence pursuant to U.S.C. 28 § 2255 [Doc. 196] is **DENIED** and a certificate of appealability is also **DENIED**. It is further **ORDERED** that civil action number 2:22-CV-0008-SCJ-JCF is **DISMISSED**.

**IT IS SO ORDERED**, this 13th day of October, 2023.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE